# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Nos. 1D16-3644
1D16-3646
_____

NAIM STEWART,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Gadsden County.
Barbara K. Hobbs, Judge.

February 5, 2019

PER CURIAM.

In these *Anders** appeals, we affirm the orders revoking Appellant's probation and imposing sentence. However, we remand for correction of the written orders of revocation to specify the conditions Appellant was found to have violated. *See Davis v. State*, 218 So. 3d 507 (Fla. 1st DCA 2017) (affirming revocation of probation in *Anders* appeal but remanding for court to enter written revocation order specifying conditions of probation violated). Appellant need not be present. *See Williams v. State*, 145 So. 3d 984 (Fla. 1st DCA 2014).

_____

* *Anders v. California*, 386 U.S. 738 (1967).

AFFIRMED and REMANDED.

ROBERTS, WETHERELL, and MAKAR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Candice K. Brower, Criminal Conflict & Civil Regional Counsel, Michael J. Titus, Assistant Regional Conflict Counsel, Tallahassee, for Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.